# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**FELIX PERKINS,** **PLAINTIFF**

**V.** **NO. 2:07CV139-P-D**

**CLARKSDALE POLICE DEPARTMENT, et al.,** **DEFENDANTS**

**CONSOLIDATED WITH**

**FELIX PERKINS** **PLAINTIFF**

**V.** **NO. 2:07CV144-P-D**

**ALLAN SHACKELFORD** **DEFENDANT**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted, in accordance with Rule 12(b)(6), Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii), earning Plaintiff one strike pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

THIS the 28th day of September, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE